1

MCDONALD CARANO LLP
William A. S. Magrath II (NSBN 11490)

2

Sarah A. Ferguson (NSBN 14515)
100 W. Liberty Street, Tenth Floor

3

Reno, NV 89501
Telephone: (775) 788-2000

4

wmagrath@mcdonaldcarano.com
sferguson@mcdonaldcarano.com

5

6

FELDMAN THIEL LLP
Lewis S. Feldman, Esq.

7

Kara L. Thiel, Esq.
P.O. Box 1309

8

Zephyr Cove, NV  89448
Tel:  775-580-7431

9

Email:  lew@fmttahoe.com

10

*Attorneys for Defendant*
*Gonowabie Properties, LLC*

11

12

**IN THE UNITED STATES DISTRICT COURT**

13

**FOR THE DISTRICT OF NEVADA**

14

15

REUBEN RICHARDS, an individual, and
ROBERT GOLDBERG, an individual,

Case No. 3:20-cv-00468-RCJ-WGC

16

17

Plaintiff,

18

vs.

**STIPULATION TO EXTEND
DEFENDANTS' TIME TO ANSWER OR
OTHERWISE RESPOND
TO THE COMPLAINT**
**(First Request)**

19

TAHOE REGIONAL PLANNING AGENCY;
MARSHA BERKBIGLER, individually and in
her capacity as a Governing Board Member of

20

the Tahoe Regional Planning Agency; and
GONOWABIE PROPERTIES, LLC, a

21

Nevada limited liability company,

22

Defendants.

23

24

Plaintiffs REUBEN RICHARDS, an individual, and ROBERT GOLDBERG, an

25

individual, by and through their counsel, Courtney G. Forster, Esq, of the Gunderson Law Firm,

26

Defendants TAHOE REGIONAL PLANNING AGENCY and MARSHA BERKBIGLER,

27

individually and in her capacity as a Governing Board Member of the Tahoe Regional Planning

28

Agency, by and through these Defendants' counsel, Debbie A. Leonard, Esq, of Leonard Law

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

1

McDONALD CARANO

100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

1    PC, and Defendant GONOWABIE PROPERTIES, LLC, by and through one of its counsel,

2    William A.S. Magrath II, of McDonald Carano LLP, do hereby stipulate as follows:

3        On August 17, 2020, Plaintiffs REUBEN RICHARDS ("Richards") and ROBERT

4    GOLDBERG ("Goldberg") filed Plaintiffs' Verified Complaint for Declaratory and Injunctive

5    Relief; and Related Pendant State Law Petition for Writ of Certiorari/Writ of Mandamus (the

6    "Complaint") commencing the above-entitled-action.  A copy of a Summons and the Complaint

7    was subsequently served on each Defendant or service was accepted by each Defendant.

8        In support of this Stipulation, counsel for all parties state as follows:

9    1.    The current deadline for Defendant Gonowabie Properties LLC to answer or

10        otherwise respond is Wednesday, September 9, 2020.

11   2.    The current deadline for Defendants Tahoe Regional Planning Agency and

12        Marsha Berkbigler to answer or otherwise respond is Tuesday, September 15,

13        2020.

14   3.    This is the first Stipulation to extend the time to answer or otherwise respond to

15        the Complaint.

16   4.    This request for an extension of time is made before the expiration of any

17        deadline to answer or otherwise respond to the Complaint by any Defendant.

18   5.    The reason the parties request this extension is to facilitate discussions between

19        the parties which may reduce or eliminate certain issues in dispute in the action

20        and this additional time will allow for this communication to occur.

21       As a result of the above, counsel for all parties now agree to extend the time for each

22   Defendant to answer or otherwise respond to the Complaint to Tuesday, September 29, 2020.

23                              McDONALD CARANO LLP

24

25   Dated: September 9, 2020          By: _____

26                              William A.S. Magrath II, Esq.  SBN 1490
                               100 West Liberty St., 10th Floor
27                              Reno, NV 89501
                               Telephone: (775) 788-2000
28                              *Attorneys for Defendant Gonowabie*
                               *Properties, LLC*

2

THE GUNDERSON LAW FIRM

Dated:  September 9, 2020

By: _/s/ Courtney G. Forster_____
    Courtney G. Forster, Esq.  SBN 10775
    3895 Warren Way
    Reno, NV 89509
    Telephone: (775) 829-1222
    *Attorneys for Plaintiffs Reuben Richards and*
    *Robert Goldberg*

LEONARD LAW, PC

Dated:  September 9, 2020

By: _/s/ Debbie A. Leonard, Esq._____
    Debbie A. Leonard, Esq.  SBN 8260
    955 South Virginia Street, Suite 220
    Reno, NV 89502
    Telephone: (775) 964-4656
    *Attorneys for Defendants Tahoe Regional*
    *Planning Agency and Marsha Berkbigler*

IT IS HEREBY ORDERED.

_William G. Cobb_____
UNITED STATES MAGISTRATE JUDGE

Date:   September 10, 2020

3