Debbie Leonard (Nev. Bar #8260)
Leonard Law, PC
955 South Virginia Street, Suite 220
Reno, Nevada 89502
(775) 964-4656
debbie@leonardlawpc.com

*Attorney for TRPA and Marsha Berkbigler*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REUBEN RICHARDS, an individual, and ROBERT GOLDBERG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TAHOE REGIONAL PLANNING AGENCY; MARSHA BERKBIGLER individually and in her capacity as a Governing Board Member of the Tahoe Regional Planning Agency; and GONOWABIE PROPERTIES, LLC, a Nevada limited liability company,<br><br>Defendants. | 3:20-cv-00468-RCJ-WGC<br><br>**STIPULATION TO EXTEND TRPA DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br>**(Second Request)** |

Plaintiffs REUBEN RICHARDS and ROBERT GOLDBERG, by and through their counsel of record, Defendants TAHOE REGIONAL PLANNING AGENCY and MARSHA BERKBIGLER ("TRPA Defendants"), by and through their counsel of record, and Defendant GONOWABIE PROPERTIES, LLC, by and through its counsel of record, hereby stipulate as follows:

On August 17, 2020 Plaintiffs filed their Verified Complaint for Declaratory and Injunctive Relief; and Related Pendant State Law Petition for Writ of Certiorari/Writ of Mandamus (the "Complaint"). On September 9, 2020 the parties filed a Stipulation to Extend Defendants' Time to Answer or Otherwise Respond to the Complaint to September 29, 2020, and the Court entered the Order to that effect on September 10, 2020.

1  This is the second Stipulation to extend the time for TRPA Defendants to answer or otherwise respond to the Complaint. This request for an extension of time is made before the expiration of any deadline to answer or otherwise respond to the Complaint by TRPA Defendants.

The reason the parties request this extension is to facilitate further discussions between the parties that may reduce or eliminate certain issues in dispute in the action and to accommodate counsel for the TRPA Defendants, who is facing a number of conflicting deadlines.

Accordingly, counsel for all parties agree to extend the time for TRPA Defendants to answer or otherwise respond to the Complaint to October 2, 2020.

Dated: September 25, 2020        LEONARD LAW, PC

By: /s/ Debbie Leonard
Debbie Leonard (SBN 8260)
955 South Virginia Street, Suite 220
Reno, NV 89502
(775) 964-4656

*Attorney for TRPA Defendants*

Dated: September 25, 2020        McDONALD CARANO LLP

By: /s/ William A.S. Magrath II
William A.S. Magrath II (SBN 1490)
100 West Liberty Street, 10th Floor
Reno, NV 89501
(775) 788-2000

*Attorney for Defendant Gonowabie Properties, LLC*

Leonard Law, PC
955 South Virginia Street, Suite 220 | Reno, Nevada 89502
775-964-4656 | Debbie@leonardlawpc.com

Dated: September 25, 2020

THE GUNDERSON LAW FIRM

By: __/s/ Courtney Forster_____
    Courtney G. Forster (SBN 10775)
    3895 Warren Way
    Reno, NV 89509
    (775) 829-1222

*Attorney for Plaintiffs*

IT IS HEREBY ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: __September 28, 2020_____

3