1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REUBEN RICHARDS, an individual, and ROBERT GOLDBERG, an individual; | Case No. 3:20-cv-00468-RCJ-CLB |
| Plaintiffs, | **ORDER GRANTING STIPULATION FOR EXTENSION OF RESPONSE DEADLINES FOR MOTION FOR SUMMARY JUDGMENT ON FOURTH CAUSE OF ACTION (ECF NO. 43) (First Request)** |
| vs. | |
| TAHOE REGIONAL PLANNING AGENCY; MARSHA BERKBIGLER individually and in her capacity as a Governing Board Member of the Tahoe Regional Planning Agency; and GONOWABIE PROPERTIES, LLC, a Nevada limited liability company; | |
| Defendants. | |
| _____/ | District Judge: Robert C. Jones |
| | Magistrate Judge: Carla L. Baldwin |

IT IS HEREBY STIPULATED, by and between Plaintiffs REUBEN RICHARDS, an individual, and ROBERT GOLDBERG, an individual; ("Plaintiffs") and Defendants TAHOE REGIONAL PLANNING AGENCY; MARSHA BERKBIGLER individually and in her capacity as a Governing Board Member of the Tahoe Regional Planning Agency; and GONOWABIE PROPERTIES, LLC, a Nevada limited liability company; ("Defendants"), by and through their respective counsel of record, that the time allowed for Plaintiffs to respond to Defendant's *Defendants Tahoe Regional Planning Agency And Marsha Berkbigler's Motion For Summary Judgment On*

///

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA  89509
(775) 829-1222

-1-

*Fourth Cause Of Action* [ECF No. 41] ("Motion for Summary Judgment") shall be extended up to and including March 5, 2021.

The Motion for Summary Judgment was filed and served January 29, 2021.  The original deadline for Plaintiffs to respond to the Motion for Summary Judgment would be February 19, 2021.  Good cause exists for the stipulated extension because the parties are discussing a potential resolution of the lawsuit and need additional time to discuss the same.  This is the first request to extend the time for the parties with regard to the Motion for Summary Judgment.

**IT IS SO ORDERED** this 19th day of February, 2021.

_____
ROBERT C. JONES
District Judge

///
///
///
///
///
///
///
///

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA  89509
(775) 829-1222