**UNITED STATES DISTRICT COURT**

**DISTICT OF NEVADA**

| | |
|---|---|
| REUBEN RICHARDS, an individual, and ROBERT GOLDBERG, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> TAHOE REGIONAL PLANNING AGENCY; MARSHA BERKBIGLER, individually and in her capacity as a Governing Board Member of the Tahoe Regional Planning Agency; and GONOWABIE PROPERTIES, LLC, a Nevada limited liability company, <br><br> Defendant. | Case No. 3:20-cv-00468 <br><br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs, REUBEN RICHARDS, an individual, and ROBERT GOLDBERG, an individual ("Plaintiffs"), by and through Plaintiffs' counsel, Courtney G. Forster, Esq., of The Gunderson Law Firm, Defendants, TAHOE REGIONAL PLANNING AGENCY ("TRPA") and MARSHA BERKBIGLER, by and through their counsel, Debbie A. Leonard, Esq., of Leonard Law PC, and John L. Marshall, Esq., General Counsel, Tahoe Regional Planning Agency, and Defendant GONOWABIE PROPERTIES, LLC ("Gonowabie"), by and through its counsel, McDonald Carano LLP, and Feldman Thiel LLP, hereby stipulate and agree that this lawsuit, including all claims asserted and issues raised in this lawsuit, shall be dismissed with prejudice.

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE     1

Gonowabie and Plaintiffs agree to bear their own attorney's fees and costs of this lawsuit. Gonowabie acknowledges that Gonowabie's indemnity obligations to TRPA under the LLA Permit require it to pay all fees and costs of TRPA and Berkbigler associated with this lawsuit and agrees to do so. Gonowabie further acknowledges and agrees that its indemnity obligations to TRPA, including its Board members, shall continue in force after the dismissal of this lawsuit. Plaintiffs shall not be responsible for any fees and costs incurred by TRPA and Berkbigler, including but not limited to any fees and costs associated with the administrative record.

Dated this 5th day of March 2021.

McDONALD CARANO LLP

By: /s/ W.A.S. Magrath II
William A.S. Magrath II, Esq.  NSBN 1490
Sarah Ferguson, Esq., NSBN 14515
100 West Liberty St., 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000
wmagrath@mcwlaw.com
sferguson@mcwlaw.com

FELDMAN THIEL LLP
Lewis S. Feldman, Esq.  NSBN 421
Kara L. Thiel, Esq.  NSBN 10453
P.O. Box 1309
Zephyr Cove, NV  89448
Tel:  775-580-7431
lew@fmttahoe.com
kara@fmttahoe.com
*Attorneys for Defendant Gonowabie Properties, LLC*

Dated this 5th day of March 2021.

THE GUNDERSON LAW FIRM

By:  /s/ Courtney G. Forster
Courtney G. Forster, Esq.  NSBN 10775
3895 Warren Way
Reno, NV 89509
Telephone: (775) 829-1222
*Attorneys for Plaintiffs Reuben Richards and Robert Goldberg*

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE — 2 — Case No. 3:20-cv-00468

Dated this 5th day of March 2021.

                                    LEONARD LAW P.C.

By: */s/ Debbie A. Leonard*
    Debbie A. Leonard, Esq. (SBN 8260)
    955 South Virginia Street, Suite 220
    Reno, NV 89502
    Telephone: (775) 964-4656
    John L. Marshall, Esq. (SBN 6733)
    General Counsel
    Tahoe Regional Planning Agency
    P.O. Box 5310
    Stateline NV 89449-5310
    Telephone: (775) 588-4547

*Attorney for Defendants Tahoe Regional Planning Agency and Marsha Berkbigler*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:   March 8, 2021.**

*4813-8921-5711 V.1*

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE      3      **Case No. 3:20-cv-00468**